## Commonwealth *v.* Herbst, Appellant.

Submitted March 13, 1972. *Hugh S. Rebert,* Assistant Public Defender, and *Gerald E. Ruth,* Public Defender, for appellant; *Joseph E. Erb,* Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.

## Commonwealth, Appellant, *v.* Hernandez.

Argued March 24, 1972. *Allan B. Goodman,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, submitted a brief for Commonwealth, appellant; *Mark S. Refowich, Harris S. Pasline,* and *William F. Moran, Jr.,* for appellees; *Robert J. Thompson,* in propria persona, *Daniel E. Cohen, Robert A. Freedberg, John J. Segata, Jr.,* and *Philip D. Lauer,* submitted briefs for appellees.
Orders affirmed.